**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GLORIA J. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TEMPLAR SECURITY AND PROTECTIVE SERVICES, INC. and SAHARA LAS VEGAS CHRYSLER DODGE JEEP RAM,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02113-APG-CWH<br><br>**ORDER GRANTING LEAVE TO AMEND**<br><br>(Dkt. #6) |

　　　Plaintiff Gloria Smith moves to amend to change the name of defendant Sahara Las Vegas Chrysler Dodge Jeep Ram after service efforts were unsuccessful and she learned the correct legal name for this defendant. She also seeks to add as an exhibit to the complaint the right to sue letter she received from the Equal Employment Opportunity Commission. I grant the motion to amend. Fed. R. Civ. P. 15(a). However, there is no basis to file the motion ex parte, and the filing violates Local Rule 7-5. I therefore direct the clerk of court to remove the ex parte designation from the motion to amend.

　　　IT IS THEREFORE ORDERED that plaintiff Gloria Smith's motion to amend (Dkt. #6) is GRANTED. Plaintiff Smith must detach and file separately the First Amended Complaint within 10 days of the date of this order.

　　　IT IS FURTHER ORDERED that the clerk of court shall remove the ex parte designation from the plaintiff's motion to amend (Dkt. #6).

　　　DATED this 17th day of December, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE