**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GLORIA J. SMITH, <br><br>         Plaintiff, <br><br> vs. <br><br> TEMPLAR SECURITY & PROTECTION SERVICES, INC., *et al.*, <br><br>         Defendants. | 2:15-cv-02113-APG-CWH <br><br> **ORDER** |

Before the court is *Gloria J. Smith v. Templar Security & Protection Services, Inc.*, case no. 2:15-cv-02113-APG-VCF.

IT IS HEREBY ORDERED that a status hearing regarding the continued Early Neutral Evaluation is scheduled for 10:00 a.m., June 16, 2016, in courtroom 3D.

DATED this 8th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE