**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLORIA J. SMITH,<br><br>         Plaintiff,<br><br>vs.<br><br>TEMPLAR SECURITY AND PROTECTIVE SERVICES, et al.,<br><br>         Defendants. | Case No.  2:15-cv-02113-APG-CWH<br><br>**ORDER** |

Presently before the Court is attorney Jeffrey Gronich's Motion to Withdraw as Counsel of Record and Notice of Lien on Any Recovery (ECF No. 41), filed on June 7, 2016.  Also before the Court is Mr. Gronich's Notice of Service of Motion to Withdraw (ECF No. 43), filed on June 13, 2016, which indicates that the motion was served on Plaintiff Gloria J. Smith via certified mail on June 7, 2016.  The Court having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Plaintiff's Counsel's Motion to Withdraw as Counsel of Record and Notice of Lien on Any Recovery (ECF No. 41) is GRANTED.

IT IS FURTHER ORDERED that a status hearing is set for Friday, July 22, 2016, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.  At the hearing, Plaintiff Gloria J. Smith must be prepared to discuss whether she intends to hire a new attorney or represent herself in this case.  If an attorney files a notice of appearance on behalf of Plaintiff Smith before July 22, 2016, the status hearing will be automatically vacated.

IT IS FURTHER ORDERED that Mr. Gronich must serve a copy of this order on Plaintiff Smith and file proof of that service by June 24, 2016.

DATED: June 21, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**