**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLORIA J. SMITH, | ) |
| Plaintiff, | )  Case No.  2:15-cv-02113-APG-CWH |
| vs. | )  **ORDER** |
| TEMPLAR SECURITY AND PROTECTIVE SERVICES, et al., | ) |
| Defendants. | ) |

On June 21, 2016, the court entered an order granting attorney Jeffrey Gronich's motion to withdraw as counsel of record and setting a case-status conference for Friday, July 22, 2016, at 9:00 a.m.  (Order (ECF No. 46).)  The order stated that at the hearing, Plaintiff Gloria J. Smith must be prepared to discuss whether she intends to hire a new attorney or represent herself in this case.  (*Id.*)  Alternatively, the court ordered that if an attorney filed a notice of appearance on behalf of Plaintiff before July 22, 2016, the status hearing would be automatically vacated.  (*Id.*)  The court ordered Mr. Gronich to serve a copy of the order setting the hearing on Plaintiff.  (*Id.*)  Mr. Gronich filed proof of that service.  (Notice of Service of Order (ECF No. 47).)

An attorney did not file a notice of appearance on behalf of Plaintiff before July 22, 2016.  Plaintiff did not appear at the case-status conference on July 22, 2016.  The court therefore will order Plaintiff to show case why she failed to comply with the court's order to attend the case-status conference.

IT IS THEREFORE ORDERED that Plaintiff Gloria J. Smith must appear for a show cause hearing on Thursday, August 11, 2016, at 3:00 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.  Plaintiff is advised that failure to appear at the show cause hearing set for August 11, 2016, will result in a recommendation

1  that this case be dismissed.

3     DATED: July 26, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**