UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLORIA SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEMPLAR SECURITY AND PROTECTIVE SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 2:15-cv-02113-APG-CWH<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

　　　　On October 18, 2016, Magistrate Judge Hoffman entered a report and recommendation in which he recommends I dismiss plaintiff Gloria Smith's complaint with prejudice because she failed to comply with the court's orders and appears to have abandoned the case. ECF No. 52. Smith did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I nevertheless find that Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

　　　　IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation (ECF No. 52) is accepted. This action is DISMISSED with prejudice.

　　　　DATED this 9th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE